UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS J. HIGGINS | : | |
| Debtor | : | Bk. No. 09-13885 JKF |
| | : | |
| NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE | : | Chapter No. 13 |
| | : | |
| Movant | : | |
| v. | : | |
| | : | 11 U.S.C. §362 |
| THOMAS J. HIGGINS | : | |
| Respondent | : | |

**OBJECTION OF NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Movant, **NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE** (hereinafter referred to as "Movant"), by its attorneys Phelan Hallinan & Schmieg, LLP hereby objects to confirmation of the Debtor's Chapter 13 Plan as follows:

1. Movant is **NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE**.

2. Debtor is THOMAS J. HIGGINS.

3. Movant filed a Proof of Claim in the amount of $24,153.57 for pre-petition arrears. A copy of the Proof of Claim is attached hereto as Exhibit "A" and made a part hereof.

4. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtor's Plan currently provides for payment to Movant in the amount of $18,559.45. A copy of Debtor's Plan is attached hereto as Exhibit "B" and made a part hereof.

WHEREFORE, **NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE** respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

/s/ Peter J. Mulcahy, ESQUIRE
PHELAN HALLINAN & SCHMIEG, LLP
1617 JKFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone: 215-563-7000

Dated: August 13, 2009