# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | | |
| THOMAS J. HIGGINS : | | |
| Debtor : | Bk. No. 09-13885 JKF | |
| : | | |
| NATIONAL CITY MORTGAGE COMPANY D/B/A : | Chapter No. 13 | |
| ACCUBANC MORTGAGE : | | |
| : | | |
| Movant : | | |
| v. : | | |
| : | 11 U.S.C. §362 | |
| THOMAS J. HIGGINS : | | |
| Respondent : | | |

## CERTIFICATE OF SERVICE

    I hereby certify that service upon all interested parties, indicated below, was made by sending a true and correct copy of the Objection of **NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE**, to Debtor's Chapter 13 Plan pursuant to the above-captioned bankruptcy case by first class mail or by electronic means on August 13, 2009.

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)  
111 S. INDEPENDENCE MALL, SUITE 583  
PHILADELPHIA, PA 19106

DOLORES A. HIGGINS  
4027 NORTH WARNER ROAD  
LAFAYETTE HILL, PA 19444

MICHAEL W. GALLAGHER, ESQUIRE  
628 EAST GERMANTOWN PIKE  
LAFAYETTE HILL, PA 19444

THOMAS J. HIGGINS  
4027 NORTH WARNER ROAD  
LAFAYETTE HILL, PA 19444

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107

    Respectfully submitted,

/s/ Peter J. Mulcahy, ESQUIRE  
PHELAN HALLINAN & SCHMIEG, LLP  
1617 JKFK Boulevard, Suite 1400  
One Penn Center Plaza  
Philadelphia, PA 19103  
Phone: 215-563-7000