# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS J. HIGGINS | : | |
| Debtor | : | Bk. No. 09-13885 JKF |
| | : | |
| NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE | : | Chapter No. 13 |
| | : | |
| Movant | : | |
| v. | : | |
| | : | 11 U.S.C. §362 |
| THOMAS J. HIGGINS | : | |
| Respondent | : | |

## ORDER

AND NOW, this _____ day of _____ 2009, upon consideration of Debtor's Chapter 13 Plan, and the objection of **NATIONAL CITY MORTGAGE COMPANY D/B/A ACCUBANC MORTGAGE**, and after hearing, it is hereby

ORDERED that confirmation of the Debtor's Chapter 13 Plan is denied.

                                                  **BY THE COURT:**

                                                  _____
                                                  **JEAN K. FITZSIMON**
                                                  **U.S. Bankruptcy Judge**

| | |
|---|---|
| WILLIAM C. MILLER, ESQUIRE (TRUSTEE) | DOLORES A. HIGGINS |
| 111 S. INDEPENDENCE MALL, SUITE 583 | 4027 NORTH WARNER ROAD |
| PHILADELPHIA, PA 19106 | LAFAYETTE HILL, PA 19444 |
| | |
| MICHAEL W. GALLAGHER, ESQUIRE | THOMAS J. HIGGINS |
| 628 EAST GERMANTOWN PIKE | 4027 NORTH WARNER ROAD |
| LAFAYETTE HILL, PA 19444 | LAFAYETTE HILL, PA 19444 |

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107