United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                      Chapter 13
THOMAS J  HIGGINS

Debtor(s)                          Bankruptcy No.   0913885

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this     day of                  , 200_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that  MICHAEL WILLIAM GALLAGHER                    counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
~
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119

Counsel for Debtor(s)

 MICHAEL WILLIAM GALLAGHER
 628 GERMANTOWN PIKE

 LAFAYETT HILL  PA  19444

Debtor(s)

 THOMAS J   HIGGINS

 4027 NORTH WARNER ROAD
 LAFAYETTE HILL   PA  19444